IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO.** |
| | ) | **14-00231** |
| **GARETH LORENZO PERRY,** | ) | **CIVIL NO.** |
| | ) | **16-00292** |
| **Defendant** | ) | |

# FINAL JUDGMENT

Pursuant to separate order entered this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Petitioner's motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255 be and hereby is **DISMISSED** with prejudice.

**DONE** this the 5th day of July, 2016.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**