# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| GARETH LORENZO PERRY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 18-0033CG-B |
| ) | CRIMINAL NO. 14-00231-CG-B |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's complaint be **dismissed with prejudice** as successive.

**DONE and ORDERED** this 13th day of March, 2018

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE