# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| GARETH LORENZO PERRY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 18-0033CG-B |
| ) | CRIMINAL NO. 14-00231-CG-B |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's complaint be **dismissed with prejudice** as successive.

**DONE and ORDERED** this 13th day of March, 2018

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE