# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| GARETH LORENZO PERRY, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CRIMINAL NO. 14-00231-CG-B |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court. It is **ORDERED** that Gareth Lorenzo Perry's § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Doc. 54) is **DENIED** as successive. The Court further finds that Petitioner is not entitled to a certificate of appealability, and therefore, is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 5th day of June, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE